1  CATHERINE L. MANSKE (SBN: 183815)
   GORDON & REES LLP
2  655 University Avenue, Suite 200
   Sacramento, CA 95825
3  Telephone: (916) 565-2900
   Facsimile: (916) 920-4402
4

5  Attorneys for Plaintiff
   ERA FRANCHISE SYSTEMS, INC.
6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 ERA FRANCHISE SYSTEMS, INC., a Delaware ) CASE NO. 2:07-CV-00982-FCD-EFB
   corporation,                            )
12                                         ) **STIPULATION TO MODIFY THE**
                                Plaintiff, ) **STATUS (PRETRIAL**
13                                         ) **SCHEDULING) ORDER BY 90**
         vs.                               ) **DAYS**
14                                         )
                                           ) "AS MODIFIED"
15 GOLD NUGGET REALTORS, INC., a California )
   corporation doing business as ERA GOLD  )
16 NUGGET REALTORS, INC.; EDWARD BAILEY, )
   an individual doing business as ERA GOLD )
17 NUGGET REALTORS, INC.; and LYNN REEVE, )
   an individual doing business as ERA GOLD )
18 NUGGET REALTORS, INC.,                  )
                                           )
19                              Defendants.)

20      TO THE HONORABLE FRANK C. DAMRELL, JR.:

21      IT IS HEREBY STIPULATED, and agreed, between plaintiff ERA FRANCHISE

22 SYSTEMS, INC. and defendants GOLD NUGGET REALTORS, INC., a California corporation

23 doing business as ERA GOLD NUGGET REALTORS, INC.; EDWARD BAILEY, an

24 individual doing business as ERA GOLD NUGGET REALTORS, INC.; and LYNN REEVE, an

25 individual doing business as ERA GOLD NUGGET REALTORS, INC., by and through their

26 respective counsel herein, to continuance of the current pretrial due dates (with the court's

27 permission) to the new due dates set forth in brackets "[]" below:

28 / / /

- 1 -
**STIPULATION TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER BY 90 DAYS**
**2:07-CV-00982-FCD-EFB**

**IV.     DISCOVERY**

April 11, 2008 [new proposed date July 11, 2008] is the deadline for all fact discovery to be completed.

**V.     EXPERT WITNESSES AND EXPERT DISCOVERY**

April 25, 2008 [new proposed date July 25, 2008] is the last day for all counsel to designated in writing the name, address and area of expertise of each expert that they propose to tender at trial.

May 15, 2008 [new proposed date August 15, 2008] is the last day for all parties to serve any rebuttal or supplemental expert disclosure on the other party.

June 12, 2008 [new proposed date September 12, 2008] for completion of expert discovery.

**VI.     MOTION HEARING SCHEDULE**

August 22, 2008 [new proposed dated November 21, 2008) is last day to hear dispositive motions.

**VII.     FINAL PRETRIAL CONFERENCE**

October 31, 2008 [new proposed dated January 31, 2009] is Final Pretrial Conference

**VIII.     TRIAL SETTING**

January 13, 2009 [new proposed dated April 13, 2009] for Trial

The parties are making these requests for the following reasons. The parties are continuing to conduct discovery in this case and due to the holidays and unforeseen complications have stipulated to continue the pretrial due dates set forth above, and with the court's permission.

THEREFORE, IT IS HEREBY STIPULATED THAT:

The following new pretrial due dates will apply to this case:

July 11, 2008 is the deadline for all fact discovery to be completed.

July 25, 2008 is the last day for plaintiff's expert disclosure to be served by hand, email or facsimile on defendants.

July 25, 2008 is the last day for defendants' expert disclosure to be served by hand, email

**Gordon & Rees LLP**
**655 University Avenue, Suite 200**
**Sacramento, CA 95825**

or facsimile on plaintiffs.

August 15, 2008 is the last day for all parties to serve by hand, email or facsimile any rebuttal or supplemental expert disclosure on the other party.

September 12, 2008 is the last day for the parties to complete all expert discovery.

November 14, 2008 is the last day for all dispositive motions to be heard.

January 30, 2009 is the Final Pretrial Conference at 1:30 p.m.

April 13, 2009 at 9:00 a.m. is the Jury Trial date.

IT IS FURTHER STIPULATED that all parties shall comply with the court's August 15, 2007 Status (Pretrial Scheduling) Order for specific instructions as to each date.

Dated: February ____, 2008          GORDON & REES LLP


                                    By: _____
                                        Catherine L. Manske
                                    Attorneys for Plaintiff
                                    ERA FRANCHISE SYSTEMS, INC.


Dated: February ____, 2008


                                    By: _____
                                        Orrin Leigh Grover, III
                                    Attorneys for Defendant
                                    GOLD NUGGET REALTORS

IT IS SO ORDERED.

Dated: March 17, 2008

                                    _____
                                    HONORABLE FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT COURT JUDGE

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

RLGY/1044545/5446007v.1