UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ERA FRANCHISE SYSTEMS, INC.,

          Plaintiff,                    NO. CIV. S-07-0982 FCD EFB

     v.                                 **ORDER TO SHOW CAUSE**

GOLD NUGGET REALTORS, INC.,
et al.,

          Defendants.
_____/

----oo0oo----

     On February 18, 2010, plaintiff notified this court that the
above matter had settled.  On February 18, 2010, the court issued
an Order for Dispositional Documents which required the parties
to file said documents no later than March 26, 2010.  On April 2,
2010, an email was sent to appearing counsel, Ms. Catherine
Manske and Orrin Grover, III, from the Courtroom Deputy Clerk,
inquiring as to the status of the dispositional documents.  On
April 2, 2010, the Courtroom Deputy Clerk received a response
email from Mr. Grover indicating a reason for the delay and that

1  the documents would be filed.  As of today's date, the

2  dispositional documents have not been filed.

3       The court considers counsels' failure to comply with its

4  February 18, 2010, order a very serious violation.

5       The court, therefore, makes the following order:

6       1.   Ms. Manske and Mr. Grover are ordered to show cause why

7  they should not each be sanctioned in the amount of $150.00 for

8  failing to comply with the court's February 18, 2010 order.

9       2.   Counsel shall file their response to the Order to Show

10 Cause on or before June 4, 2010.

11      3.   A hearing on the Order to Show Cause, if necessary, is

12 set for June 18, 2010, at 10:00 A.M. in Courtroom #2.

13      IT IS SO ORDERED.

14 DATED: May 12, 2010

15

16 _____

17      FRANK C. DAMRELL, JR.
        UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28