1   CATHERINE L. MANSKE (SBN: 183815)
    GORDON & REES LLP
2   655 University Avenue, Suite 200
    Sacramento, CA 95825
3   Telephone: (916) 565-2900
    Facsimile: (916) 920-4402
4

5   Attorneys for Plaintiff
    ERA FRANCHISE SYSTEMS, INC.
6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  ERA FRANCHISE SYSTEMS, INC., a Delaware   )   CASE NO. 2:07-CV-00982-FCD-EFB
    corporation,                              )
12                                            )   **STIPULATION AND ORDER FOR**
                                 Plaintiff,   )   **DISMISSAL**
13            vs.                             )
                                              )
14  GOLD NUGGET REALTORS, INC., a California  )
    corporation doing business as ERA GOLD    )
15  NUGGET REALTORS, INC.; EDWARD BAILEY,     )
    an individual doing business as ERA GOLD  )
16  NUGGET REALTORS, INC.; and LYNN REEVE,    )
    an individual doing business as ERA GOLD  )
17  NUGGET REALTORS, INC.,                    )
                                              )
18                               Defendants.  )
                                              )
19  _____  )

20         IT IS HEREBY STIPULATED by and between the parties to this action through their

21  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

22  pursuant to Federal Rule of Civil Procedure rule 41(a)(1).  Neither party is to be responsible to

23  the other party for any costs or fees regarding this stipulation or underlying case.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

1   The undersigned respectfully request that the court approve this order and dismiss the

2   case.

3   Dated: May 25, 2010                              GORDON & REES LLP

4

5                                                    By:   /s/ Catherine L. Manske
                                                           Catherine L. Manske
6                                                    Attorneys for Plaintiff
                                                     ERA FRANCHISE SYSTEMS, INC.
7

8   Dated: May 25, 2010

9

10                                                   By:   /s/ Orrin Leigh Grover
                                                           Orrin Leigh Grover
11                                                   Attorney for Defendants GOLD NUGGET
                                                     REALTORS, INC., a California corporation
12                                                   doing business as ERA GOLD NUGGET
                                                     REALTORS, INC.; EDWARD BAILEY, an
13                                                   individual doing business as ERA GOLD
                                                     NUGGET REALTORS, INC.; and LYNN
14                                                   REEVE, an individual doing business as ERA
                                                     GOLD NUGGET REALTORS, INC

15

16          IT IS SO ORDERED.

17

18  DATED: May 25, 2010

19                                                   _____
20                                                   FRANK C. DAMRELL, JR.
                                                     UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

*Gordon & Rees LLP*
*655 University Avenue, Suite 200*
*Sacramento, CA 95825*

**STIPULATION AND ORDER FOR DISMISSAL**

RLGY/1044545/7946129v.1